IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

FILED

SEP 17 2010

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | Cause No. CR 09-004-M-DWM |
| ) | CV 10-106-M-DWM |
| Plaintiff/Respondent, ) | |
| ) | |
| vs. ) | ORDER DISMISSING MOTION AND |
| ) | DENYING CERTIFICATE OF |
| DANIEL LYN BENNETT, ) | APPEALABILITY |
| ) | |
| Defendant/Movant. ) | |
| _____) | |

On September 9, 2010, Defendant Daniel Lyn Bennett filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. Bennett filed the § 2255 motion pro se. He currently has an appeal pending before the Ninth Circuit Court of Appeals, No. 09-30346. Notice of Appeal (doc. 232).

District courts do not consider § 2255 motions while a direct appeal is pending. Feldman v. Henman, 815 F.2d 1318, 1320 (9th Cir. 1987) (as amended); United States v. Deeb, 944 F.2d 545, 548 (9th Cir. 1991); Rule 5, Rules Governing Section 2255 Proceedings for the United States District Courts, advisory committee's note (quoting Womack v. United States, 395 F.2d 630, 631 (D.C. Cir. 1968)). This is

ORDER DISMISSING MOTION AND DENYING
CERTIFICATE OF APPEALABILITY / PAGE 1

well-settled law.  A certificate of appealability is not warranted.  Lozada v. Deeds, 498 U.S. 430, 432 (1991) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 n.4 (1983)); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

Accordingly, IT IS HEREBY ORDERED:

1. Bennett's motion to vacate, set aside, or correct the sentence (doc. 281) is DISMISSED without prejudice to refiling on completion of the direct appeal process, including any petition for writ of certiorari.

2. A certificate of appealability is DENIED.

3. The Clerk of Court shall enter a judgment of dismissal in Cause No. CV 10-106-M-DWM.

DATED this 17 day of September, 2010.

_____
Donald W. Molloy
United States District Court

ORDER DISMISSING MOTION AND DENYING
CERTIFICATE OF APPEALABILITY / PAGE 2